UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RHONDA WILLIAMS,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 3:12-cv-05001-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff's application to proceed *in forma pauperis* (ECF #1-#3) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 23rd day of January, 2012.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 1